United States District Court
District of Kansas

FILED

AUG 1 3 2009

Clerk, U.S. District Court
By: _____ Deputy Clerk

Price,

    Petitioner,

v.

State of Kansas, et al.,

    Respondents

Case No.
09-3172-SAC

## TRAVERSE
## to State's Answer and Return

Comes now David Martin Price, and hereby states the following, under oath and under penalty of perjury:

Procedural History,

12/07/07    I admit the Kansas Supreme
Court had found me guilty of the
unauthorized Practice of Law, but 2
Court Judges found the Decision unreasonable
and Arbitrary. Opinion 12/07/07

I admit the court, issued a permant
injunction, but 2 judges stated, it
was unreasonable due to without a fair
hearing. Opinion 12/07/07

07/10/08    Admit as his Advocate
09/03/08    Admit As his Advocate
09/22/08    Admit As his Advocate
12/01/08    Admit.
04/15/09    Admit. but deny, it was for
technical errors jurisdictional errors.
06/05/09    Admit, New Case
06/12/09    Admit, but in opinion, 12-07-07
it should have been stayed even, if frivilous.
06/25/09    Admit.
07/20/09    Admit State failed to stay proceedings
pursuant to FRCP Rule 62.
08/04/09    Admit.
08/05/09    Admit.

## Nature of Case.

Admit being held in indirect contempt of Court. Deny Claims are Nebulous.

## Facts of the Case.

My version of the facts leading to the 12/07/07 Kansas Supreme Court Decision are Already contained in the record in the Habius Corpus petition.

## Additional facts.

The State has not complied with the order of the Court. And has not. Addressed the stay of proceedings pursuant to FRCP 62, Also not addressed mixing chapter 80 with chapter 60 And the Theron Frost C.D. prior to the interview. I respectfully request oral Argument on the petition. Respectfully submitted.

David Martin Price
David Martin Price

## CERTIFICATE OF SERVICE
## [ K.S.A. 60-205 ]

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter, **Traverse to State's Answer and Return**, was deposited in the United States mail, first-class postage prepaid, certified with return receipt, addressed to:

The Hon. Robert H. Henry
The Court Clerk
10th Cir. Court of Appeals
1823 Stout St.
Denver, CO 80257

The Supreme Court of Kansas
301 SW 10th Avenue
Topeka Kansas 66612-1507

Office of the Attorney General of Kansas
120 W. 10th Street, 2nd Floor
Topeka, Kansas 66612

on the 13th day of August 2009.

8-13-09

Rosemary Denise Price
*Respondent's Wife*
3121 S.E. Fremont Street
Topeka, Kansas 66605
(785) 267-5132

4